[No. 26560-9-III. Division Three. December 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN P. UNRUH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01571-4, Salvatore F. Cozza, J., entered October 31, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26584-6-III. Division Three. December 4, 2008.]

*In the Matter of the Marriage of* MARIA ISABEL IRENE MORENO MOSHER, *Respondent*, and CRAIG WINTON MOSHER, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 05-3-02309-5, Philip W. Borst, J., entered October 23, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.

[No. 26767-9-III. Division Three. December 4, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. JOEL LEIV WRIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00686-1, Kenneth L. Jorgensen, J., entered December 18, 2007. *Remanded with instructions* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 60092-3-I. Division One. December 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NHAN V. NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07399-8, Richard D. Eadie, J., entered April 26, 2007. *Affirmed* by unpublished per curiam opinion.